Reset Form

1
2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3
4
5
6
7
8

JOVETTE BRYANT, et al.   )
                          )  Case No: 3:19-cv-00460
            Plaintiff(s),  )
                          )  **APPLICATION FOR**
       v.                  )  **ADMISSION OF ATTORNEY**
                          )  **PRO HAC VICE**
CLEAN ENERGY EXPERTS, et al. )  (CIVIL LOCAL RULE 11-3)
                          )
            Defendant(s).  )
                          )

9
10
11
12

I, Jarrett L. Ellzey, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Jovette Bryant, et al. in the above-entitled action. My local co-counsel in this case is John P. Kristensen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

13
14

MY ADDRESS OF RECORD:
1105 Milford St.
Houston, TX 77006

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
12540 Beatrice Street, Suite 200
Los Angeles, California 90066

15

MY TELEPHONE # OF RECORD:
(713) 322-6387

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(310) 507-7924

16

MY EMAIL ADDRESS OF RECORD:
firm@hughesellzey.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
john@kristensenlaw.com

17

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24040864.

18

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

19
20

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/31/2019

22

*Jarrett L. Ellzey*
APPLICANT

23
24

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25
26
27

IT IS HEREBY ORDERED THAT the application of Jarrett L. Ellzey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

28

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                               *October 2012*