KELLEY DRYE & WARREN LLP
 Tahir L. Boykins (State Bar No. 323441)
 10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
Tboykins@kelleydrye.com

KELLEY DRYE & WARREN LLP
 Lauri A. Mazzuchetti (*Pro Hac Vice*)
 Glenn T. Graham (*Pro Hac Vice*)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:       (973) 503-5900
Facsimile:        (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

Attorneys for Defendant Clean Energy Experts, LLC

**UNITED STATES DISTRICT COURT**

**CALIFORNIA NORTHERN DISTRICT – SAN FRANCISCO**

| | |
|---|---|
| JOVETTE BRYANT and NECOLE FRANKLIN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CLEAN ENERGY EXPERTS, LLC,<br><br>                Defendant. | Case No. 4:19-cv-00460-YGR<br><br>**DEFENDANT CLEAN ENERGY EXPERTS, LLC'S RULE 7.1 DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Clean Energy Experts, LLC states that it is a wholly-owned subsidiary of Sunrun Inc., a publicly held corporation.

Pursuant to Civil L.R. 3-15, the undersigned certify that as of this date, other than the named parties, there is no such interest to report.

Dated: April 8, 2019

>                              KELLEY DRYE & WARREN, LLP
>                                Lauri A. Mazzuchetti (*Pro Hac Vice*)
>                                Glenn T. Graham (*Pro Hac Vice*)
>                                Tahir L. Boykins
>
>                              By:   /s/ Lauri A. Mazzuchetti
>                                    Lauri A. Mazzuchetti