1  KELLEY DRYE & WARREN LLP
    Tahir L. Boykins (State Bar No. 323441)
2   10100 Santa Monica Boulevard, 23rd Floor
   Los Angeles, CA 90067-4008
3  Telephone: (310) 712-6100
   Facsimile:  (310) 712-6199
4  Tboykins@kelleydrye.com

5  KELLEY DRYE & WARREN LLP
    Lauri A. Mazzuchetti (*Pro Hac Vice*)
6   Glenn T. Graham (*Pro Hac Vice*)
   One Jefferson Road
7  Parsippany, New Jersey 07054
   Telephone:    (973) 503-5900
8  Facsimile:    (973) 503-5950
   lmazzuchetti@kelleydrye.com
9  ggraham@kelleydrye.com

10 Attorneys for Defendant Clean Energy Experts, LLC

# UNITED STATES DISTRICT COURT

## CALIFORNIA NORTHERN DISTRICT – SAN FRANCISCO

| | |
|---|---|
| JOVETTE BRYANT and NECOLE FRANKLIN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>CLEAN ENERGY EXPERTS, LLC,<br><br>                  Defendant. | Case No. 4:19-cv-00460-YGR<br><br>**DEFENDANT CLEAN ENERGY EXPERTS, LLC'S RULE 7.1 DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** |

1  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Clean Energy
2  Experts, LLC states that it is a wholly-owned subsidiary of Sunrun Inc., a publicly held
3  corporation.
4  Pursuant to Civil L.R. 3-15, the undersigned certify that as of this date, other than the
5  named parties, there is no such interest to report.

Dated:  April 8, 2019

                                  KELLEY DRYE & WARREN, LLP
                                    Lauri A. Mazzuchetti (*Pro Hac Vice*)
                                    Glenn T. Graham (*Pro Hac Vice*)
                                    Tahir L. Boykins

                            By:  /s/ Lauri A. Mazzuchetti
                                    Lauri A. Mazzuchetti