# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOVETTE BRYANT, ET AL.,**<br>Plaintiffs,<br>vs.<br>**CLEAN ENERGY EXPERTS, LLC,**<br>Defendant. | CASE NO. 19-cv-00460-YGR<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED** |

**TO COUNSEL OF RECORD IN THE ABOVE-ENTITLED ACTION:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why this action should not be stayed pending approval of the class action settlement in the related action of *Lynn Slovin, et al. v. Sunrun Inc. et al.*, 15-cv-5340 YGR.

Counsel shall file a joint statement of no more than five pages in response to this Order to Show Cause no later than April 23, 2019. Failure to file a statement timely will be deemed an agreement that the case should be stayed. The Court **SETS** a hearing on **May 3, 2019**, at 9:01 a.m. in Courtroom 1, Federal Courthouse, 1301 Clay Street, Oakland. Should the Court determine that the joint statement is sufficient, the hearing will be vacated and no appearance will be required.

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**