John P. Kristensen (SBN 224132)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Jarrett L. Ellzey (*Pro Hac Vice*)
W. Craft Hughes (*Pro Hac Vice* pending*)*
**HUGHES ELLZEY, LLP**
2700 Post Oak Boulevard, Suite 1120
Houston, Texas 77056
Telephone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*
*craft@hughesellzey.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOVETTE BRYANT and NECOLE FRANKLIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CLEAN ENERGY EXPERTS, LLC dba SOLAR RESEARCH GROUP, a California Limited Liability Company; and DOE INDIVIDUALS, inclusive, and each of them,<br><br>        Defendants. | Case No.: 4:19-cv-00460-YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

JOVETTE BRYANT and NECOLE FRANKLIN ("Plaintiffs"), and Defendant CLEAN ENERGY EXPERTS, LLC d/b/a SOLAR RESEARCH GROUP ("Defendant") hereby notify the Court that this matter has been settled. The Parties are in the process of finalizing their agreement and will file a Notice of Dismissal within thirty (30) days.

Dated: April 23, 2019            Respectfully submitted,

By: */s/ John P. Kristensen*

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906

Jarrett L. Ellzey (*Pro Hac Vice*)
*jarrett@hughesellzey.com*
W. Craft Hughes (*Pro Hac Vice* pending)
*craft@hughesellzey.com*
**HUGHES ELLZEY, LLP**
Galleria Tower I
2700 Post Oak Boulevard, Suite 1120
Houston, Texas 77056
Telephone: (713) 554-2377
Fax: (888) 995-3335

*Counsel for Plaintiffs and
the Putative Class*

## **CERTIFICATE OF SERVICE**

I certify that on Tuesday, April 23, 2019, the foregoing document titled NOTICE OF SETTLEMENT was served in accordance with the Court's CM/ECF system, which will send notification of such filing and a true copy of the foregoing document by notice via email to the ECF participants of record.

*/s/Vanessa Brahm*
Vanessa Brahm