John P. Kristensen (SBN 224132)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Jarrett L. Ellzey (*Pro Hac Vice*)
W. Craft Hughes (*Pro Hac Vice* pending*)*
**HUGHES ELLZEY, LLP**
2700 Post Oak Boulevard, Suite 1120
Houston, Texas 77056
Telephone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*
*craft@hughesellzey.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOVETTE BRYANT and NECOLE FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLEAN ENERGY EXPERTS, LLC dba SOLAR RESEARCH GROUP, a California Limited Liability Company; and DOE INDIVIDUALS, inclusive, and each of them,<br><br>Defendants. | Case No.: 4:19-cv-00460-YGR<br><br>**CLASS ACTION**<br>**ORDER GRANTING**<br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL**

**- 1 -**

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Jovette Bryant and Necole Franklin ("Plaintiffs"), and defendant Clean Energy Experts, LLC ("Defendant") (collectively, the "Parties") hereby submit this Stipulation of Dismissal pursuant to the Court's Order on April 26, 2019 [Dkt. No. 34] as follows:

## **STIPULATION**

WHEREAS on April 23, 2019, Plaintiffs filed a Notice of Settlement informing the Court that the Parties had reached an agreement to settle Plaintiffs' claims.

WHEREAS in conjunction with the settlement, Plaintiffs agreed to dismiss Plaintiffs' individual claims with prejudice and class claims without prejudice.

WHEREAS on April 26, 2019, the Court vacated all pending motion, case management and trial dates and ordered the parties to file a Stipulation of Dismissal by May 23, 2019 [Dkt. No. 34].

THEREFORE IT IS HEREBY STIPULATED by and between the Parties to this action through the undersigned counsel of record that Plaintiffs' Complaint in the above-referenced action, including any and all claims alleged therein, be hereby dismissed in its entirety with prejudice to Plaintiffs' individual claims and without prejudice to the class claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each of the Parties shall bear their own costs and attorneys' fees.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated: May 23, 2019

*/s/ John P. Kristensen*

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Facsimile: (310) 507-7906

*Counsel for Plaintiffs and the Putative Class*

*/s/ Tahir L. Boykins*

Tahir L. Boykins (SBN 323441)
*tboykins@kelleydrye.com*
**KELLEY DRYE & WARREN LLP**
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199

**ORDER**

**IT IS SO ORDERED.**

Dated: May 24, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE